**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 97-7321**

————————

JERRY SELLERS,

Plaintiff - Appellant,

versus

MASHINSKI, Investigator; OFFICER YARINKY,

Defendants - Appellees.

————————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Robert R. Merhige, Jr., Senior District Judge.  (CA-96-361-3)

————————

Submitted:  March 12, 1998          Decided:  March 24, 1998

————————

Before LUTTIG, WILLIAMS, and MICHAEL, Circuit Judges.

————————

Affirmed by unpublished per curiam opinion.

————————

Jerry Sellers, Appellant Pro Se. James Edward Wilcox, Jr., Fairfax, Virginia, for Appellees.

————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error, even when we construe the record in the light most favorable to Appellant concerning statements he allegedly made to the arresting officer. Accordingly, we affirm on the reasoning of the district court. Sellers v. Mashinski, No. CA-96-361-3 (E.D. Va. Sept. 4, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2